JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY, | ) Case No.: SACV12-0353 DOC (RNBx) |
| Plaintiff, | ) **JUDGMENT PURSUANT FED. R.** |
| | ) **CIV. P. 68  [30]** |
| vs. | ) |
| RAMADA MAINGATE AT THE PARK, the d/b/a of GARR PROPERTIES, INC., *et al.*, | ) |
| Defendants. | ) |

1 | Pursuant to the Offer of Judgment (Fed. R. Civ. P. 68) of Defendant GARR PROPERTIES, INC., d/b/a RAMADA MAINGATE AT THE PARK, and Plaintiff RAYMOND BALDHOSKY's Notice of Acceptance of Defendant GARR PROPERTIES, INC.'s Offer of Judgment pursuant to Fed. R. Civ. P. 68, filed on August 27, 2013:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered against Defendant GARR PROPERTIES, INC., and in favor of Plaintiff RAYMOND BALDHOSKY, in the amount of Seventy-Five Thousand Dollars ($75,000.00), for all damages, claims, costs, expenses, and attorneys' fees asserted by Plaintiff as against all named Defendants.

Dated: August 29, 2013

*David O. Carter*
THE HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

JUDGMENT PURSUANT FED. R. CIV. P. 68
Case No.: SACV12-0353 DOC (RNBx)     2