JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BALDHOSKY, | ) Case No.: SACV12-0353 DOC (RNBx) |
| Plaintiff, | ) **JUDGMENT PURSUANT FED. R.** |
| | ) **CIV. P. 68  [30]** |
| vs. | ) |
| RAMADA MAINGATE AT THE PARK, the d/b/a of GARR PROPERTIES, INC., *et al.*, | ) |
| Defendants. | ) |

1    Pursuant to the Offer of Judgment (Fed. R. Civ. P. 68) of Defendant GARR
2    PROPERTIES, INC., d/b/a RAMADA MAINGATE AT THE PARK, and Plaintiff
3    RAYMOND BALDHOSKY's Notice of Acceptance of Defendant GARR
4    PROPERTIES, INC.'s Offer of Judgment pursuant to Fed. R. Civ. P. 68, filed on
5    August 27, 2013:
6    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
7    shall be entered against Defendant GARR PROPERTIES, INC., and in favor of
8    Plaintiff RAYMOND BALDHOSKY, in the amount of Seventy-Five Thousand
9    Dollars ($75,000.00), for all damages, claims, costs, expenses, and attorneys' fees
10   asserted by Plaintiff as against all named Defendants.

13   Dated: August 29, 2013

          *David O. Carter* (signature)
          _____
          THE HON. DAVID O. CARTER
          UNITED STATES DISTRICT JUDGE